**WELLS FARGO**

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

## Monthly Mortgage Statement

| | |
|---|---|
| Statement Date | 08/18/11 |
| Loan Number | 0066216607 |
| Property Address | 1372 N ALBERTSON AVENUE, COVINA CA 91722 |

### Customer Service

**Online:** yourwellsfargomortgage.com

**Fax:** (866) 278-1179
**Telephone:** (866) 234-8271

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Hours of Operation**
Mon - Fri, 6 AM - 10 PM
Sat, 8 AM - 2 PM CT

**Payments**
PO Box 30427
Los Angeles CA 90030

We accept telecommunications relay service calls.

1AT    3204/018707/003840 068 02 AGP0Z1 708

MABEL RODRIGUEZ
1372 NORTH ALBERTSON AVE
COVINA CA 91722-1514

### Important Messages

**DISASTER PREPARATION**
Our disaster assistance line is here to help if you are ever affected by a disaster such as a fire, flood, or storm. If needed, please contact a customer service representative at the number above.

**ATTENTION - LATE FEE**
A late charge has been assessed. To help avoid future late fees, this may be a good time to consider taking advantage of our free, automatic Preferred Payment Plan℠ options. Simply review the details on the back of your statement and call us at 866-386-8519.

### Summary

| | |
|---|---|
| Payment (Principal and/or Interest) | $1,760.58 |
| Optional Product(s) | $0.00 |
| Current Monthly Payment 09/01/11 | $1,760.58 |
| Overdue Payments 08/01/11 | $1,760.58 |
| Unpaid Late Charge(s) | $88.03 |
| Other Charges | $0.00 |
| **TOTAL PAYMENT DUE 09/01/11** | **$3,609.19** |

| | |
|---|---|
| Unpaid Principal Balance | $318,897.65 |
| (Contact Customer Service for your payoff amount) | |
| Interest Rate | 6.625% |
| Interest Paid Year-to-Date | $10,630.98 |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/16 | Late fee assessed | | | | | $88.03- |
| 07/25 | Principal payment | | $950.00 | | | Unapplied $950.00- |
| 07/08 | Funds received | $950.00 | | | | Unapplied $950.00 |
| 06/24 | Funds received | $950.00 | | | | Unapplied $950.00 |
| 06/24 | Payment | $1,900.00- | | | | Unapplied $1,900.00- |
| 06/24 | Payment | $1,766.56 | | $1,766.56 | | |
| 06/24 | Principal payment | $133.44 | $133.44 | | | |
| 06/10 | Funds received | $950.00 | | | | Unapplied $950.00 |
| 05/27 | Funds received | $950.00 | | | | Unapplied $950.00 |
| 05/27 | Payment | $1,900.00- | | | | Unapplied $1,900.00- |
| 05/27 | Payment | $1,767.29 | | $1,767.29 | | |

Continued on the next page

018707/003840 AGP0Z1 3204 ETM1C003 1

---

*Please detach and return with your payment*

**WELLS FARGO**

| | |
|---|---|
| Loan Number | 0066216607 |
| Current Monthly Payment Due | $1,760.58 |
| Total Payment Due 09/01/11 | $3,609.19 |
| After 09/16/11 Add Late Fee | $88.03 |
| Total Amount Due After 09/16/11 | $3,697.22 |

Check here and see reverse for address correction.

MABEL RODRIGUEZ

3204/018707/003840 068 02 AGP0Z1 708

WELLS FARGO HOME MORTGAGE
PO BOX 30427
LOS ANGELES CA 90030-0427

708 0066216607 6 1000017605801848610360919035211L 00000000712835980L 1

# EXHIBIT "___1___"