## Account Statement

Statement Date: September 05, 2011
Page 1 of 5
651 1162585 1998

I-4

MABEL A RODRIGUEZ
1372 N ALBERTSON AVE
COVINA CA 91722-1514

### Customer Service

Telephone
1-800-TO-WELLS 1-800-400-3339

Online Banking
www.wellsfargo.com

Correspondence
Wells Fargo Bank, N.A.
PO Box 4233
Portland, OR 97208-4233

Do not send payment to this address

### Payments

By mail
Wells Fargo Bank, N.A.
PO Box 54780
Los Angeles, Ca 90054-0780

Overnight mail
Wells Fargo Bank, N.A.
Attn:Payment Services
2324 Overland Dr.
Billings, MT 59102-6401

Principal only payments
Wells Fargo Bank, N.A.
PO Box 515485
Los Angeles, CA 90051-6735

## EquityLine with FlexAbility ℠
Mabel A Rodriguez
Account Number: 651 1162585 1998

### Activity summary

| | | |
|---|---|---|
| Approved line of credit | | $98,925.21 |
| Credit in use: | | |
| Line | 651 1162585 1998 | $97,747.77 |
| Total credit in use | | $97,747.77 |
| Available credit* | | $0.00 |
| Beginning balance owed** | | $97,999.83 |
| Ending balance owed** | | $98,810.72 |

*Line of Credit Restricted.
**These balances include unpaid finance charges and other amounts fees and charges.
The ending balance owed is not a payoff amount. If you want to pay off and close
your Home Equity Line of Credit, please contact Customer Service for detailed payoff
instructions. Payoffs attempted in other ways may not close the account, resulting in a
delay of the release of your collateral.

EXHIBIT " 2 "